**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>**This Document Relates to:**<br>The Cases Listed in the Table of Cases Below. |

**MOTION TO STAY THE CASES IN THE TABLE OF CASES BELOW IN LIGHT OF LAPSE OF APPROPRIATIONS**

The United States of America hereby moves to stay the cases listed in the following table.

| Table of Cases ||
|---|---|
| **Case Caption** | **Case Number** |
| *City of Newburgh v. United States of America et al.* | 2:18-cv-3358-RMG |
| *City of Westfield, Massachusetts v. 3M Company et al.* | 2:18-cv-3435-RMG |
| *County of Suffolk v. United States of America* | 2:19-cv-1181-RMG |
| *Fiattarone et al. v. United States of America et al.* | 2:19-cv-1119-RMG |
| *Security Water District et al. v. USA* | 2:19-cv-2187-RMG |
| *Atlantic City Municipal Utilities Authority v. 3M Company et al.* | 2:19-cv-1223-RMG |
| *Lakewood Water Dist. v. United States of America et al.* | 2:20- cv-2899-RMG |
| *City of Airway Heights v. United States of America et al.* | 2:20-cv-1763-RMG |
| *Town of New Windsor et al. v. United States of America et al.* | 2:21-cv-1496-RMG |
| *City of DuPont v. United States of America et al.* | 2:21-cv-3284-RMG |
| *City of Birmingham, Alabama v. 3M Company et al.* | 2:21-cv-00606-RMG |
| *City of Montgomery Alabama v. 3M Company et al.* | 2:22-cv-04296-RMG |
| *City of Mobile Alabama v. 3M Company et al.* | 2:23-cv-04044-RMG |

| | |
|---|---|
| *Manchester Township New Jersey Department of Public Works & Utilities v. 3M Company et al.* | 2:23-cv-06349-RMG |
| *Liberty Utilities Litchfield Park Water & Sewer Corp. v. 3M Company et al.* | 2:23-cv-2627-RMG |
| *Town of Marana v. United States of America* | 2:24-cv-5962-RMG |
| *Art Schaap et al. v. United States of America et al.* | 2:24-cv-7040-RMG |
| *Village of Johnson City v. United States of America* | 2:24-cv-1216-RMG |
| *City of Ceiba Puerto Rico v. 3M Company et al.* | 2:24-cv-4110-RMG |
| *Barnstable Fire District v. United States of America* | 2:25-cv-159-RMG |
| *Town of Plattsburgh v. United States of America* | 2:25-cv-2750-RMG |
| *City of Fort Worth v. United States et al.* | 2:25-cv-2636-RMG |

1. The United States has a deadline of November 24, 2025, to file a reply brief in support of its motion for abeyance of Plaintiffs' Comprehensive Environmental Response, Compensation and Liability Act cost recovery and contribution claims, Dkt. No. 7987, related to all the cases in the table above. *See* Dkt. Nos. 8078, 8093. The United States has the same deadline to file a reply brief in support of its motion to deny or defer ruling on Plaintiffs' partial motion for summary judgment pursuant to Rule 56(d), Dkt. No. 7987 in *Art Schaap et al. v. United States et al.*, Case No. 2:24-cv-7040-RMG. *See* Dkt. No. 8078.

2. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice and Federal Defendants expired and those appropriations to the Department lapsed. The Department does not know when such funding will be restored by Congress.

3. Absent an appropriation, Department of Justice attorneys and employees of the Federal Defendants are prohibited from working, even on a voluntary basis, with few exceptions

2

for "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. Such exigencies are not present in these cases.

4. Undersigned counsel for the Department of Justice therefore requests to stay the cases listed in the table above until after Congress has restored appropriations to the Department.

5. If this motion to stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations – i.e., each deadline would be extended at least by the total number of days of the lapse in appropriations, to allow for presently unknown scheduling complications on account of the lapse in appropriations.

6. Counsel for the United States conferred with counsel for Plaintiffs, who stated Plaintiffs are opposed to this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves to stay the cases in the table of cases above until after Department of Justice attorneys and employees of Federal Defendants are permitted to resume their usual civil litigation functions.

Dated: October 30, 2025

        Respectfully submitted,

        ADAM R.F. GUSTAFSON
        ACTING ASSISTANT ATTORNEY GENERAL
        Environment & Natural Resources Division

        */s/ Shari Howard*
        Shari Howard
        Sanya Shahrasbi
        U.S. Department of Justice

        Environment & Natural Resources Division
        Environmental Defense Section
        P.O. Box 7611
        Washington, D.C. 20044
        Tel: (202) 598-9407 (Howard)
        shari.howard@usdoj.gov
        sanya.shahrasbi@usdoj.gov

        *Counsel for Federal Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2025, I electronically filed the foregoing motion with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all known counsel of record.

                */s/ Shari Howard*
        Shari Howard
        Trial Attorney